UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| SEAN MATTHEWS, Derivatively on Behalf of HERCULES OFFSHORE, INC., | § § § § | Civil Action No. 4:11-cv-02706 |
| Plaintiff, | § § | |
| vs. | § § | |
| JOHN T. RYND, et al., | § § | |
| Defendants, | § § | |
| – and – | § § | |
| HERCULES OFFSHORE, INC., a Delaware corporation, | § § § § | |
| Nominal Defendant. | § § § | |

**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

WHEREAS, the above-captioned purported shareholder derivative action brought on behalf of nominal party Hercules Offshore, Inc. ("Hercules" or the "Company") is currently pending before this Court;

WHEREAS, on March 30, 2016, the United States Bankruptcy Court for the District of Delaware, the Honorable Kevin J. Carey presiding, entered a Final Decree closing the Chapter 11 bankruptcy reorganization proceedings involving Hercules;

WHEREAS, in light of the bankruptcy, plaintiff's purported derivative claims against defendants have been extinguished;

WHEREAS, plaintiff seeks voluntary dismissal of the action under Rule 41(a)(2) of the Federal Rules of Civil Procedure;

WHEREAS, defendants consent to the voluntary dismiss of the action with prejudice; and

WHEREAS, no defendant in this action has entered into a settlement with plaintiff in connection with this voluntary dismissal and neither plaintiff nor his counsel has received, nor will receive, any form of consideration from any defendant in exchange for the dismissal of this action.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their respective counsel of record, as follows:

1. The action shall be dismissed with prejudice; and

2. Each party shall bear its own attorneys' fees, costs and/or expenses.

DATED:  September 30, 2016          KENDALL LAW GROUP, LLP
                                    JOE KENDALL (State Bar No. 11260700)
                                    JAMIE J. McKEY (State Bar No. 24045262)


                                           s/ Jamie J. McKey
                                    _____
                                           JAMIE J. McKEY

3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
ROBERT R. HENSSLER JR.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

DATED: September 30, 2016

BAKER BOTTS L.L.P.
DAVID D. STERLING

    s/ David D. Sterling
DAVID D. STERLING

One Shell Plaza
910 Louisiana Street
Houston, TX 77002
Telephone: 713/229-1234
713/229-1522 (fax)

Attorneys for Defendants

\*    \*    \*

### [PROPOSED] O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____      _____
                                                                                            THE HONORABLE LYNN N. HUGHES
                                                                                            UNITED STATES DISTRICT JUDGE