UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 03, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Sean Matthews, derivatively on behalf of Hercules Offshore, Inc., § § § § | |
| Plaintiff, § § | |
| versus § § | Civil Action H-11-2706 |
| John T. Rynd, et al., § § § | |
| Defendants. § | |

## Voluntary Dismissal

1. Having been advised that Sean Matthews, derivatively on behalf of Hercules Offshore, Inc., no longer wishes to pursue its claims against John T. Rynd, this case is dismissed with prejudice.

2. The parties will bear their own costs.

Signed on September 30, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge